USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/9/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE UNIVERSITY UROLOGY DATA SECURITY INCIDENT LITIGATION | 23-CV-6484 (LTS) (BCM)<br><br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record during today's status conference:

1.  Defendant Jed C. Kaminetsky, M.D., P.C. (Kaminetsky) is granted leave to amend its third-party complaint in light of the pleading issues raised by third-party defendant Xerox IT Solutions LLC f/k/a ITsavvy LLC (Xerox) in its pre-motion correspondences and during today's conference. The amended third-party complaint must be filed no later than **March 2, 2026**.

2.  If Xerox still wishes to move to dismiss the amended third-party complaint, it must do so no later than **March 16, 2026**. Opposition and reply papers will be due in accordance with the briefing schedule set forth in Local Civil Rule 6.1(b).

3.  Judge Moses will conduct a status conference on **April 23, 2026, at 10:00 a.m**., in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. No later than **April 16, 2026**, the parties must submit a joint status letter outlining the progress of discovery to date, as well as any settlement efforts. If no discovery controversies exist at that time, the parties may request that the conference be held telephonically.

4.  If and when the parties believe that a judicially supervised settlement conference would be productive, they may request such a conference by letter. Before submitting such a letter, the parties may inquire as to the Court's availability by contacting the Courtroom Deputy at 212-805-0228.

5.      Except as modified above, all provisions of the Court's Revised Case Management Order

(Dkt. 63) remain in effect.

Dated:  New York, New York                    SO ORDERED.
        February 9, 2026

_____
**BARBARA MOSES**
**United States Magistrate Judge**

2