USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___________
DATE FILED: 07/06/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE UNIVERSITY UROLOGY DATA SECURITY INCIDENT LITIGATION

23-CV-6484 (LTS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On June 23, 2026, third-party defendant Xerox IT Solutions LLC, f/k/a ITsavvy, LLC (ITsavvy) filed a letter-motion (ITsavvy Mot.) (Dkt. 78) seeking an order staying discovery as to ITsavvy pending the District Judge's decision on ITsavvy's motion (Dkt. 70) to dismiss the third-party complaint (Dkt. 69) filed against it by defendant/third-party plaintiff Jed C. Kaminetsky d/b/a University Urology d/b/a University Urology Associates (Kaminetsky). ITsavvy argues that its motion to dismiss presents "substantial arguments for dismissal," ITsavvy Mot. at 2-3; that its burden of continuing with discovery while the motion to dismiss is pending is high, *id*. at 3-4; and that there is no risk of prejudice to any other party if discovery is stayed as to ITsavvy. *Id.* at 4. ITsavvy states that Kaminetsky does not oppose its stay motion. *See id.* at 1.

On July 1, 2026, plaintiffs Joseph DiAmbrose and Andres Vivas and defendant/third-party plaintiff Kaminetsky filed a joint motion (Joint Mot.) (Dkt. 79) seeking an order staying all discovery in this action pending the outcome of their planned August 17, 2026 mediation. These parties "believe that a genuine opportunity for resolution exists and both sides are committed to mediating in good faith," and therefore "request that the Court enter an order staying all discovery in this action through and including August 17, 2026." Joint Mot. at 1.

No opposition has been filed to either stay motion.

Upon consideration of the two motions, and finding good cause, it is hereby ORDERED that:

1. Both stay motions are GRANTED to the extent set forth herein.

2. All discovery in this action is STAYED through and including August 27, 2026, pending the outcome of the mediation session scheduled for August 17, 2026, or until further order of the Court. All discovery as to ITsavvy is STAYED pending the outcome of its motion to dismiss (Dkt. 70), or until further order of the Court.

3. The discovery deadlines set forth in ¶¶ 2-4 of the January 2, 2026 Revised Case Management and Scheduling Order (Dkt. 63) are hereby ADJOURNED *sine die*, to be reset, if necessary, in accordance with this Order.[1] Likewise, the status conference scheduled for August 20, 2026 (Dkt. 77) is ADJOURNED *sine die*, to be rescheduled, if necessary, when discovery re-commences.

4. No later than **August 27, 2026**, plaintiffs and Kaminetsky must file a joint letter advising the Court of the outcome of the mediation. If the mediation was unsuccessful, they must simultaneously submit a proposed revised case management and scheduling order addressing all remaining discovery. If the mediation was successful, they must submit a proposed schedule for any necessary further steps.

5. If the District Judge denies ITsavvy's motion to dismiss the third-party complaint, in whole or in part, Kaminetsky and ITsavvy must file a joint letter, **no later than 10 days after that ruling**, addressing the resumption of discovery as to ITsavvy and proposing a schedule for the completion of any necessary discovery.

[1] No party requested an adjournment of the deadline for plaintiffs to file a class certification motion, which remains December 30, 2026.

The Clerk of Court is respectfully directed to close Dkts. 78 and 79.

Dated: New York, New York
July 6, 2026

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**