USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 08/07/26

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**IN RE UNIVERSITY UROLOGY DATA SECURITY INCIDENT LITIGATION**

**CASE NO. 1:23-CV-06484-LTS-BCM**

**~~[PROPOSED]~~ ORDER STAYING ALL CASE DEADLINES PENDING MEDIATION**

Upon consideration of the Parties' Joint Letter Motion (Dkt. __), and for good cause shown, it is hereby **ORDERED** as follows:

1. All deadlines set forth in the January 2, 2026 Revised Case Management and Scheduling Order (Dkt. 63) are hereby **STAYED** through and including August 27, 2026, pending the outcome of the mediation session scheduled for August 17, 2026.

2. No later than **August 27, 2026**, Plaintiffs and Defendant Jed C. Kaminetsky, M.D., P.C. d/b/a University Urology d/b/a University Urology Associates must file a joint letter advising the Court of the outcome of the mediation. If the mediation was unsuccessful, they must simultaneously submit a proposed revised case management and scheduling order addressing all remaining discovery and deadlines. If the mediation was successful, they must submit a proposed schedule for any necessary further steps.

**IT IS SO ORDERED.**

Dated: August 7, 2026

HON. BARBARA MOSES
UNITED STATES MAGISTRATE JUDGE